UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RAMON JAQUEZ, *individually and on behalf of all* :
*others similarly situated*, :
:
                    Plaintiff, :      22-CV-2674 (JMF)
:
      -v- :      <u>ORDER</u>
:
P&M SOLUTIONS, LLC, :
:
                 Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's April 4, 2022 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on April 25, 2022. ECF No. 7. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **May 23, 2022**.

       SO ORDERED.

Dated: May 16, 2022
       New York, New York

                                                  JESSE M. FURMAN
                                       United States District Judge